DISMISS; Opinion issued February 7, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01044-CV

**ANTOINE FLETCHER, Appellant**
**V.**
**FEDERAL HOME LOAN MORTGAGE CORP., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02202-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The time for filing appellant's brief has expired. By postcard dated January 4, 2013, we notified appellant the time for filing his brief had expired and directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

CAROLYN WRIGHT
CHIEF JUSTICE

121044F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

ANTOINE FLETCHER, Appellant

No. 05-12-01044-CV     V.

FEDERAL HOME LOAN MORTGAGE
CORP., Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-02202-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL HOME LOAN MORTGAGE CORP. recover its costs of this appeal from appellant ANTOINE FLETCHER.

Judgment entered February 7, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE